**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

FILED
JANUARY 14, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

In the Matter of                                          Case Number: **08 C 316**

**JULIUS N. BROWN,**
                    **Plaintiff,**

         v.

**SEAN P. BOTTOM, KEVIN A. STANULA,**
**and CITY OF CHICAGO,**
                    **Defendants.**

**JUDGE BUCKLO**
**MAGISTRATE JUDGE MASON**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Plaintiff JULIUS BROWN**

| | |
|---|---|
| NAME (Type or print) **Irene K. Dymkar** | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) **/s Irene K. Dymkar** | |
| FIRM **Irene K. Dymkar** | |
| STREET ADDRESS **300 West Adams, Suite 330** | |
| CITY/STATE/ZIP **Chicago, IL 60606-5107** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) **90785719** | TELEPHONE NUMBER **(312) 345-0123** |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES **X**   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES **X**   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES **X**   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |