IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JULIUS N. BROWN, | ) | |
|       Plaintiff, | ) | |
| | ) | No. 08 C 0316 |
|     v. | ) | |
| | ) | JUDGE BUCKLO |
| SEAN P. BOTTOM, KEVIN A. STANULA, | ) | |
| and CITY OF CHICAGO, | ) | |
| | ) | MAGISTRATE JUDGE MASON |
|       Defendants. | ) | |

**DEFENDANTS' AGREED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFFS' COMPLAINT**

Defendants, Chicago Police Officers Sean Bottom and Kevin Stanula,("Defendant Officers"), by their attorney, Gail L. Reich, Assistant Corporation Counsel, and the City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel for the City of Chicago, move this court for an extension of time to answer or otherwise plead in response to Plaintiff's complaint until May 7, 2008, and in support state:

    1.  Plaintiff filed his three-count complaint on January 14, 2008.  The complaint alleges federal claims under 42 U.S.C. § 1983 against Defendant Officers, as well as an Illinois state law claim for Malicious Prosecution, and *Respondeat Superior* and statutory indemnification against the City of Chicago.

    2.  Defense counsel needs additional time meet with and interview Defendants Bottom and Stanula, and to obtain and review the relevant documents prior to filing the responsive pleading.  Further, defense counsel will be out of the office on a previously scheduled vacation between April 28, 2007 and May 2, 2007.  Therefore, Defendants request until May 7, 2007 to

1

answer or otherwise plead to Plaintiff's complaint

3. Plaintiff's counsel has agreed to this request for additional time to answer the complaint.

4. This is Defendants' first request for an extension. This extension request is not made to delay the proceedings, but only to allow Defendants an adequate opportunity to respond to the allegations in plaintiff's complaint. No prejudice will come to plaintiff as a result of this court granting Defendants' motion.

WHEREFORE, Defendants request this court to enter an order granting an extension to May 7, 2008, to answer or otherwise plead in response to Plaintiff's complaint.

Respectfully submitted,

GAIL L. REICH
/s/ *Gail L. Reich*
Assistant Corporation Counsel
Attorney for Defendants City of Chicago,
Sean Bottom and Kevin Stanula

30 North LaSalle Street, Suite 1020
Chicago, Illinois  60602
(312) 744-1975
Attorney No. 06279564