IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JULIUS N. BROWN, | ) | |
|         Plaintiff, | ) | |
| | ) | No. 08 C 0316 |
|     v. | ) | |
| | ) | JUDGE BUCKLO |
| SEAN P. BOTTOM, KEVIN A. STANULA, | ) | |
| and CITY OF CHICAGO, | ) | |
| | ) | MAGISTRATE JUDGE MASON |
|         Defendants. | ) | |

**NOTICE OF AGREED MOTION**

To:    Irene K. Dymkar
       Attorney for Plaintiff
       300 W. Adams St., Suite 330
       Chicago, IL 60606-5107

     **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendants' Agreed Motion for Extension of Time to Answer or Otherwise Plead.

     **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Bucklo, or before such other Judge sitting in her place or stead, on the 1st day of April, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached Motion.

     **DATED** at Chicago, Illinois March 27, 2008.

                                                                        Respectfully submitted,

                                                                       /s/ Gail L. Reich
                                                                       Gail L. Reich
                                                                       Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-1975
(312) 744-6566 (FAX)
ATTY. NO.  06279564

## CERTIFICATE OF SERVICE

      I hereby certify that I have caused true and correct copies of the above and foregoing **Notice and Agreed Motion for Extension of Time to Answer or Otherwise Plead via electronic filing** to the persons named in the foregoing Notice at the addresses therein shown, on March 27, 2008.

                                            <u>/s/ Gail Reich</u>
                                            Gail Reich
                                            Assistant Corporation Counsel