**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Julius N Brown

                                Plaintiff,

v.                                                   Case No.: 1:08–cv–00316
                                                         Honorable Elaine E. Bucklo

Sean P Bottom, et al.

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 28, 2008:

      MINUTE entry before Judge Honorable Elaine E. Bucklo:Defendants' motion for extension of time until 5/7/08 to answer or otherwise plead [10] is granted. Status hearing held on 3/28/2008. Status hearing set for 7/11/2008 at 09:30 AM. Discovery ordered closed by 7/28/2008. Dispositive motions with supporting memoranda due by 8/27/2008. Motions in limine with supporting memoranda due by 11/7/2008. Pretrial Order due by 11/7/2008. Responses due by 11/21/2008.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.