UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JULIUS N. BROWN, | ) | |
|         Plaintiff, | ) | |
| | ) | No. 08 C 0316 |
| v. | ) | |
| | ) | JUDGE BUCKLO |
| SEAN P. BOTTOM, KEVIN A. STANULA, | ) | |
| and CITY OF CHICAGO, | ) | |
| | ) | MAGISTRATE JUDGE MASON |
|         Defendants. | ) | |

**DEFENDANTS' MOTION TO COMPEL DISCOVERY**

Defendants, Chicago Police Officers Sean Bottom and Kevin Stanula, by their attorney, Gail L. Reich, Assistant Corporation Counsel, and the City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel for the City of Chicago (collectively "Defendants"), move this Court to compel Plaintiff to submit his Rule 26(a) Disclosures. In support of this motion, Defendants state as follows:

1. On March 28, 2008 this Court held a status hearing in the above-captioned matter and set forth a discovery schedule. The parties informed the court of their proposed discovery schedule wherein they agreed to comply with FRCP 26(a)(1) by April 11, 2008, that all discovery be completed by July 28, 2008, and that dispositive motions should be filed by August 27, 2008. (See Minute Order of March 28, 2008, Docket Entry No. 12).

2. On April 14, 2008, Defendants' tendered their Rule 26(a) Disclosures. (See Defendants FRCP 26(a) Disclosures, attached as Exhibit A). Additionally, Attorney Reich informed Attorney Dymkar of her upcoming vacation between April 28-May 5, 2008. (See letter dated 4/14/08, Reich to Dymkar, attached as Exhibit B).

3. On April 22, 2008, when Defendants had not received Plaintiff's Rule 26(a)

Disclosures, Attorney Reich sent correspondence to Attorney Dymkar requesting that Plaintiff tender his disclosures immediately.  (See letter dated 4/22/08, Reich to Dymkar, attached as Exhibit C). Additionally, Defendants tendered their First Set of Interrogatories and First Request for Production of Documents, a Notice of Deposition for Plaintiff for June 3, 2008, and requested a written demand from Plaintiff within 7 days. Id.

      4.      On May 6, 2008 upon her return, Attorney Reich found that Plaintiff had still not tendered his Rule 26(a) Disclosures.  In response, Attorney Reich called Attorney Dymkar to discuss the matter.  Attorney Dymkar's outgoing voice mail stated that she would be "out for a few days, but checking messages." However, she did not indicate when she would return.  As a result, Attorney Reich left a message for Attorney Dymkar, expressing concern for the short discovery schedule, as this court expressed on March 28, 2008.   Attorney Reich then followed up with correspondence making a second request for Plaintiff's Rule 26(a) Disclosures and a written settlement demand by May 12, 2008.  (See letter dated 5/6/08, Reich to Dymkar, attached as Exhibit D).  To date, Attorney Reich has received no response, and Attorney Dymkar has not attempted any contact with Attorney Reich to discuss the matter.

      5.      Without Plaintiff's Rule 26(a) Disclosures, Defendants are at a severe disadvantage in defending Plaintiff's allegations.  Defendants will be at an additional disadvantage when taking Plaintiff's deposition on June 3, 2008, without having *any* information upon which they can investigate or follow up on prior to deposing Plaintiff.

      6.      Knowing that the discovery deadline is fast approaching, Defendants find themselves in a vulnerable position and stand to be grossly prejudiced if Plaintiff fails to meet his obligations as required by the Federal Rules of Civil Procedure and respond to Defendants' requests.

7. Defendants have fully complied with their obligations pursuant to Rule 37.2 to engage in personal consultation with Plaintiff's counsel. Defendants have made numerous good faith attempts to resolve this discovery dispute prior to filing this motion and requesting this Honorable Court's intervention. However, as outlined above, all efforts to resolve this dispute have been unsuccessful due to no fault of Defendants' counsel.

WHEREFORE, Defendants respectfully request that this Honorable Court compel Plaintiff to comply with FRCP 26(a) or in the alternative, dismiss his complaint for want of prosecution.

Dated: May 16, 2008

Respectfully Submitted,

/s/ Gail Reich
Gail Reich
Assistant Corporation Counsel

30 North La Salle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-1975
Attorney Number 06279564

## **CERTIFICATE OF SERVICE**

      I, Gail Reich, hereby certify that I have caused a true and correct copy of the above and foregoing **NOTICE OF MOTION** and **DEFENDANTS' MOTION TO COMPEL DISCOVERY,** to be sent via e-filing to the person named in the foregoing Notice, a "Filing User" pursuant to Case Management/Electronic Case Files, on May 16, 2008, in accordance with the rules on electronic filing of documents.

                                                  /s/ Gail Reich
                                               GAIL REICH
                                               Assistant Corporation Counsel