IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JULIUS N. BROWN, Plaintiff, | ) | |
| v. | ) | No. 08 C 0316 |
| | ) | JUDGE BUCKLO |
| SEAN P. BOTTOM, KEVIN A. STANULA, and CITY OF CHICAGO, | ) | |
| | ) | MAGISTRATE JUDGE MASON |
| Defendants. | ) | |

**DEFENDANTS' RULE 26(a)(1) DISCLOSURE**

Defendants, Chicago Police Officers, Sean Bottom and Kevin Stanula, by their attorney, Gail Reich, Assistant Corporation Counsel, and the City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel for the City of Chicago (collectively "Defendants") and pursuant to Rule 26(a)(1), disclose the following:

**(1) Initial Disclosures**

**A. The name, and if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information;**

**RESPONSE:** The following persons may have knowledge of the allegations or may have been present at the time of the incident related to the allegations of plaintiff:

1. Plaintiff, Julius Brown has information regarding the facts of one or more of the alleged occurrences listed in Plaintiffs complaint.

2. Defendants, Sean Bottom and Kevin Stanula and the Chicago Police Department, have information regarding one or more of the facts of the occurrences alleged in the complaint.

3. Other Chicago Police Department personnel as listed on the attached reports and documents including and booking officers may have information regarding one or more of the alleged occurrences listed in Plaintiff's complaint.



4. An Assistant State's Attorney and other court personnel may have information regarding the criminal proceedings for Julius Brown relating to his arrest on January 22, 2007.

Investigation Continues.

**B. A copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment;**

**RESPONSE:**

Defendants are in possession of the following documents, which are available for copying:

1. Arrest report for Julius Brown on January 22, 2007, CB#16781408

2. Chicago Police Department Criminal History Report, Julius Brown

3. Plaintiff's mugshots

4. Plaintiff's Fingerprint card

Investigation continues.

**C. A computation of any category of damages claimed by the disclosing party...;**

**RESPONSE:** Not applicable.

**D. ...any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part of or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy judgment...;**

**RESPONSE:** The City of Chicago is self-insured.

Dated: April 14, 2008





Respectfully submitted,

Mara S. Georges
Corporation Counsel
By: ______________________
Gail Reich
Assistant Corporation Counsel
30 North LaSalle St., Suite 1400
Chicago, Illinois 60602
Atty. No. 06279564

______________________
Gail L. Reich
Assistant Corporation Counsel
Attorney for Defendants Bottom and Stanula
30 North LaSalle St., Suite 1400
Chicago, Illinois 60602
Atty. No. 06279564

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused true and correct copies of the above and foregoing **Defendants Rule 26(a) Disclosure** to be mailed to the persons named below on in the foregoing Notice at the addresses therein shown, on April 14, 2008.

Irene K. Dymkar
Attorney for Plaintiff
300 W. Adams, Suite 330
Chicago, IL 60606-5107

______________________
Gail Reich




City of Chicago
Richard M. Daley, Mayor

Department of Law

Mara S. Georges
Corporation Counsel

Individual Defense Litigation
Suite 1400
30 North LaSalle Street
Chicago, Illinois 60602-2580
(312) 742-6433
(312) 744-6566 (FAX)
(312) 744-9104 (TTY)
http://www.cityofchicago.org

April 14, 2008

Irene Dymkar
300 W. Adams, Suite 330
Chicago, IL 60606

Re: **Brown v. Bottom, et al., 08 C 0316**

Dear Counsel,

Please be advised that I will be out of the office between April 28, 2008 and May 5, 2008, returning to the office on May 6, 2008. During this time, I will not be checking voice mail, email or correspondence. In the event of an emergency, you may contact Marcy Labedz at 312-744-3982. I will respond to all communication upon my return. Please contact me if there are any issues you wish to address prior to my departure.

Kind Regards,

Gail Reich
Assistant Corporation Counsel
Attorney for Defendants Bottom and Stanula












**City of Chicago**
**Richard M. Daley, Mayor**

**Department of Law**

Mara S. Georges
Corporation Counsel

Individual Defense Litigation
Suite 1400
30 North LaSalle Street
Chicago, Illinois 60602-2580
(312) 742-6433
(312) 744-6566 (FAX)
(312) 744-9104 (TTY)
http://www.cityofchicago.org

April 22, 2008

Irene Dymkar
Attorney for Plaintiff
300 W. Adams, Suite 330
Chicago, IL 60606

Re: **Brown v. Bottom, et al., 08 C 0316**

Dear Counsel,

Please find enclosed Defendant Kevin Stanula's First Set of Interrogatories and First Request for Production of Documents to plaintiff, as well as a Notice of Deposition for plaintiff.

As of today, I have not yet received plaintiff's Rule 26(a) disclosures, which were due on April 11, 2008. Because we have an "ambitious" discovery schedule, as Judge Bucklo noted, I want to ensure that we remain on course. Please provide plaintiff's disclosures immediately.

Additionally, I am formally requesting that you provide defendants with a settlement demand within the next seven (7) days.

Kind Regards,

Gail Reich
Gail Reich
Assistant Corporation Counsel
Attorney for Defendants Bottom and Stanula

encl.








**City of Chicago**
**Richard M. Daley, Mayor**

**Department of Law**

Mara S. Georges
Corporation Counsel

Individual Defense Litigation
Suite 1400
30 North LaSalle Street
Chicago, Illinois 60602-2580
(312) 742-6433
(312) 744-6566 (FAX)
(312) 744-9104 (TTY)
http://www.cityofchicago.org

May 6, 2008

Irene Dymkar
Attorney for Plaintiff
300 W. Adams, Suite 330
Chicago, IL 60606

Re: **Brown v. Bottom, et al., 08 C 0316**

Dear Counsel,

As you are aware, I was on vacation between April 28, 2008 and May 5, 2008. Defendants have not received your client's Rule 26(a) Disclosures, which were due on April 11, 2008. They now are three weeks late. Defendants requested in a letter dated April 22, 2008 that Plaintiff tender his disclosures immediately. To date, Defendants have not received anything.

I called your office at approximately 11:30 am today, and your voice mail states that you "will be out of the office for a few days," but does not give any specific time frame. I left you a message indicating that Defendants have not received Plaintiff's disclosures and that I was concerned about our very tight discovery schedule. If Defendants do not receive Plaintiff's Rule 26(a) Disclosures by 3:00 p.m. on Friday May 9, 2008, Defendants will have no other option than to seek relief from the court.

Additionally, in my correspondence of April 28, 2008, Defendants requested that Plaintiff provide a settlement demand within seven (7) days. Defendants have not yet received any response. A demand from Plaintiff is critical to evaluate the possibility of settlement prior to the expenditure of precious resources. Therefore, Defendants request again that Plaintiff provide a settlement demand by May12, 2008.

Please contact me with any questions.

Kind Regards,

Gail Reich
Assistant Corporation Counsel
Attorney for Defendants Bottom and Stanula






MESSAGE CONFIRMATION

MAY-07-2008 05:55 PM WED

FAX NUMBER : 3127446566
NAME : IDL

NAME/NUMBER : 98533489
PAGE : 1
START TIME : MAY-07-2008 05:54PM WED
ELAPSED TIME : 00'14"
MODE : STD ECM
RESULTS : [ O.K ]

---



City of Chicago
Richard M. Daley, Mayor

Department of Law

Mara S. Georges
Corporation Counsel

Individual Defense Litigation
Suite 1400
30 North LaSalle Street
Chicago, Illinois 60602-2580
(312) 742-6433
(312) 744-6566 (FAX)
(312) 744-9104 (TTY)
http://www.cityofchicago.org

May 6, 2008

Irene Dymkar
Attorney for Plaintiff
300 W. Adams, Suite 330
Chicago, IL 60606

Re: **Brown v. Bottom, et al., 08 C 0316**

Dear Counsel,

As you are aware, I was on vacation between April 28, 2008 and May 5, 2008 Defendants have not received your client's Rule 26(a) Disclosures, which were due on April 11, 2008. They now are three weeks late. Defendants requested in a letter dated April 22, 2008 that Plaintiff tender his disclosures immediately. To date, Defendants have not received anything.

I called your office at approximately 11:30 am today, and your voice mail states that you "will be out of the office for a few days," but does not give any specific time frame. I left you a message indicating that Defendants have not received Plaintiff's disclosures and that I was concerned about our very tight discovery schedule. If Defendants do not receive Plaintiff's Rule 26(a) Disclosures by 3:00 p.m. on Friday May 9, 2008, Defendants will have no other option than to seek relief from the court.

Additionally, in my correspondence of April 28, 2008, Defendants requested that Plaintiff provide a settlement demand within seven (7) days. Defendants have not yet received any response. A demand from Plaintiff is critical to evaluate the possibility of settlement prior to the expenditure of precious resources. Therefore, Defendants request again that Plaintiff provide a settlement demand by May12, 2008.

Please contact me with any questions.

Kind Regards,

Gail Reich
Assistant Corporation Counsel
Attorney for Defendants Bottom and Stanula




