IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JULIUS N. BROWN,<br>    Plaintiff,<br>v.<br>SEAN P. BOTTOM, KEVIN A. STANULA,<br>and CITY OF CHICAGO,<br>    Defendants. | )<br>)<br>)   No. 08 C 0316<br>)<br>)   JUDGE BUCKLO<br>)<br>)<br>)   MAGISTRATE JUDGE MASON<br>) |

**NOTICE OF MOTION**

To: Irene K. Dymkar
    Attorney for Plaintiff
    300 W. Adams St., Suite 330
    Chicago, IL 60606-5107

    **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' MOTION TO COMPEL DISCOVERY.**

    **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Bucklo, or before such other Judge sitting in her place or stead, on the 21st day of May, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached Motion.

    **DATED** at Chicago, Illinois May 16, 2008.

                            Respectfully submitted,


                            /s/ Gail L. Reich
                            Gail L. Reich
                            Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-1975
(312) 744-6566 (FAX)
ATTY. NO.  06279564

## CERTIFICATE OF SERVICE

I hereby certify that I have caused true and correct copies of the above and foregoing **Notice and DEFENDANTS' MOTION TO COMPEL DISCOVERY** via electronic filing to the persons named in the foregoing Notice at the addresses therein shown, on May 16, 2008.

/s/ Gail Reich
Gail Reich
Assistant Corporation Counsel