IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JULIUS N. BROWN, ) | |
| Plaintiff, ) | |
| ) | No. 08 C 0316 |
| v. ) | |
| ) | JUDGE BUCKLO |
| SEAN P. BOTTOM, KEVIN A. STANULA, ) | |
| and CITY OF CHICAGO, ) | |
| ) | MAGISTRATE JUDGE MASON |
| Defendants. ) | |

**DEFENDANTS' JOINT MOTION FOR A SETTLEMENT CONFERENCE**

Defendant Officers, Sean P. Bottom and Kevin A. Stanula, by one of their attorneys, Gail L. Reich, Assistant Corporation Counsel, and Defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, respectfully request that this Honorable Court refer this matter to Magistrate Judge Mason for purposes of conducting a settlement conference. In support of this motion, Defendants state:

1. Defendants' counsel asked Plaintiff's counsel for a settlement demand in person, and by correspondence on April 22, 2008 and again on May 6, 2008. To date, Plaintiff has not made a settlement demand.

2. On May 16, 2008, Defendants made an offer of judgment in the amount of $5,001.00 to Plaintiff in this case; the terms of the offer provide that the offer is rejected unless accepted by Plaintiff as against all defendants. The time for acceptance of the offer will expire within 10 days.

3. While Defendants deny liability and believe that they will prevail at trial of this matter, the timing is ripe for an early effort to settle this case, as Plaintiff has not yet tendered his

Rule 26(a) Disclosures, his responses to Defendants' written discovery are due on May 22, 2008, and his noticed deposition is set for June 3, 2008.  (See Defendants' Motion to Compel and attached Exhibits, Docket Entry No. 14.)  Plaintiff's damages in this straightforward case are relatively minor, and the burden and expense of discovery will only escalate from this point forward.  Thus, an early settlement conference is reasonably calculated to lead to the "just, speedy, and inexpensive determination" of the matter as contemplated by Fed. R. Civ. P. 1.

4. Plaintiffs' counsel and Defendants' counsel have settled other previous cases and there is reason to believe that Magistrate Judge Mason can achieve settlement in this case.

**WHEREFORE**, Defendants respectfully requests that this Honorable Court refer this matter to Magistrate Judge Mason for a settlement conference.

Dated: May 16, 2008

Respectfully submitted,

MARA S. GEORGES
Corporation Counsel for the City of Chicago


By: /s/ Gail L. Reich                          /s/ Gail L. Reich
GAIL L. REICH                                  GAIL L. REICH
Assistant Corporation Counsel                  Assistant Corporation Counsel
30 North LaSalle St.                           30 North LaSalle St.
Suite 1400                                     Suite 1400
Chicago, Illinois  60602                       Chicago, Illinois 60602
(312) 744-1975                                 (312) 744-1975
Atty. No. 06279564                             Atty. No. 06279564

**CERTIFICATE OF SERVICE**

      I, Gail L. Reich, hereby certify that I have caused a true and correct copy of the above and foregoing **NOTICE OF MOTION** and **DEFENDANTS' JOINT MOTION FOR A SETTLEMENT CONFERENCE,** to be sent via e-filing to the persons named in the foregoing Notice, a "Filing User" pursuant to Case Management/Electronic Case Files, on May 16, 2008, in accordance with the rules on electronic filing of documents.

       /s/ Gail L. Reich
      GAIL L. REICH
      Assistant Corporation Counsel