IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JULIUS N. BROWN, ) | |
| Plaintiff, ) | |
| ) | No. 08 C 0316 |
| v. ) | |
| ) | JUDGE BUCKLO |
| SEAN P. BOTTOM, KEVIN A. STANULA, ) | |
| and CITY OF CHICAGO, ) | |
| ) | MAGISTRATE JUDGE MASON |
| Defendants. ) | |

**NOTICE OF MOTION**

To:   Irene K. Dymkar
    Attorney for Plaintiff
    300 W. Adams St., Suite 330
    Chicago, IL 60606-5107

    **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' JOINT MOTION FOR A SETTLEMENT CONFERENCE.**

    **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Bucklo, or before such other Judge sitting in her place or stead, on the 21st day of May, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached Motion.

    **DATED** at Chicago, Illinois May 16, 2008.

                        Respectfully submitted,


                        /s/ Gail L. Reich
                        Gail L. Reich
                        Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-1975
(312) 744-6566 (FAX)
ATTY. NO.   06279564

## CERTIFICATE OF SERVICE

I hereby certify that I have caused true and correct copies of the above and foregoing **Notice and DEFENDANTS' JOINT MOTION FOR A SETTLEMENT CONFERENCE** via electronic filing to the persons named in the foregoing Notice at the addresses therein shown, on May 16, 2008.

/s/ Gail Reich
Gail Reich
Assistant Corporation Counsel