**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Julius N Brown

                Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No.: 1:08–cv–00316
　　　　　　　　　　　　　　　　　　　　Honorable Elaine E. Bucklo

Sean P Bottom, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 20, 2008:

    MINUTE entry before the Honorable Elaine E. Bucklo:MOTION by Defendants Sean P Bottom, Kevin A Stanula, and City Of Chicago for settlement conference is granted. No court appearance required on 5/21/2008.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.