**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Julius N Brown

                        Plaintiff,

v.                                                 Case No.: 1:08−cv−00316
                                                   Honorable Elaine E. Bucklo

Sean P Bottom, et al.

                        Defendant.


**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**


      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Michael T. Mason for the purpose of holding a settlement conference. (slb, )Mailed notice.


Dated: May 20, 2008

                                                                                  /s/ Elaine E. Bucklo

                                                                             United States District Judge