# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Julius N Brown

                                    Plaintiff,

v.                                                    Case No.: 1:08–cv–00316
                                                      Honorable Elaine E. Bucklo

Sean P Bottom, et al.

                                    Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 21, 2008:

      MINUTE entry before the Honorable Michael T. Mason: This case having been referred for settlement conference, status hearing set for 6/5/08 at 9:00 a.m. in courtroom 2214 for the purpose of scheduling the settlement conference. However, parties may confer with each other and contact the courtroom deputy, 312/435–6051, in lieu of attending the status hearing. If the parties do not contact the courtroom deputy by 6/2/08, the 6/5/08 status hearing will proceed. (kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.