

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JULIUS N. BROWN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 08 C 316 |
| SEAN P. BOTTOM, KEVIN A STANULA, and CITY OF CHICAGO, | ) Judge Bucklo ) ) Magistrate Judge Mason |
| Defendants. | ) |

### STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_____
Irene K. Dymkar
Attorney for plaintiff(s),
Julius N. Brown
Law Office of Irene K. Dymkar
300 W. Adams Street, Suite 330
Chicago, Illinois 60607-5107
(312) 345-0123
Attorney No. _____
DATE: June 28, 2008

_____
Gail L. Reich
Assistant Corporation Counsel
Attorney for defendants, Sean Bottom and
Kevin Stanula
30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-1975
Attorney No. 06279564
Date: 7/1/08

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: _____
Gail Reich
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-1975
Attorney No. 06279564
DATE: 7/1/08