

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| JULIUS N. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 C 316 |
| | ) | |
| SEAN P. BOTTOM, KEVIN A STANULA, and | ) | Judge Bucklo |
| CITY OF CHICAGO, | ) | |
| | ) | Magistrate Judge Mason |
| Defendants. | ) | |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Julius N. Brown, by one of his attorneys, Irene K. Dymkar, and defendants, Sean P. Bottom and Kevin A. Stanula, by one of their attorneys, Gail Reich, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff, Julius N. Brown, against defendants, City of Chicago, Sean P. Bottom and Kevin A. Stanula, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

Gail Reich
Assistant Corporation Counsel
30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-1975
Attorney No. 06279564

ENTER: *Elaine E. Bucklo*

The Honorable Elaine e. Bucklo
United States District Judge

DATED: 7/8/08